# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| **Transferor** | **Transferee** | **Transfer Date** | **Transfer Amount** |
|---|---|---|---:|
| Akorn Operating Company, LLC | Cozzoli Machine Company | 11/30/2022 | $ 14,661.89 |
| | | | $ 14,661.89 |